1  Peter Kristofer Strojnik, State Bar No. 242728
   pstrojnik@strojniklaw.com
2  Esplanade Center III, Suite 700
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  Telephone:  (602) 510-9409

5
   Attorneys for Plaintiff THERESA BROOKE
6

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9  THERESA BROOKE, a married woman
   dealing with her sole and separate claim,      Case No: 5:20-cv-02190-JGB-SP
10
11              Plaintiff,                         **STIPULATION OF DISMISSAL**
                                                   **WITH PREJUDICE**
12
13 vs.

14 CASTLEBLACK TWENTYNINE PALMS
   OWNER LLC,
15
16              Defendant.

17       The parties stipulate and agree to dismiss the above action with prejudice, with

18 each party to bear her/its own costs and attorneys' fees.

19
20       RESPECTFULLY SUBMITTED this 3rd day of February, 2021.

21
22                                        /s/ Peter Kristofer Strojnik
                                          Peter Kristofer Strojnik
23                                        Attorneys for Plaintiff

24
25                                        /s/ Bret Martin
                                          Bret Martin
26                                        Attorneys for Defendant

27
28