**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 5:20-cv-02190-JGB-SP |
| Plaintiff, | **ORDER** |
| vs. | |
| CASTLEBLACK TWENTYNINE PALMS OWNER LLC, | |
| Defendant. | |

On Joint Motion and good cause shown,

IT IS HEREBY ORDERED dismissing the above case with prejudice, with each party to bear their own costs and fees.

DATED February 23, 2021.

_____
U.S. District Court Judge